STATE of Missouri, Respondent,

v.

David Dewayne HOOK, Appellant.

No. WD 41493.

Missouri Court of Appeals,
Western District.

Sept. 19, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 31, 1989.

James C. Martin, Jefferson City, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and LOWENSTEIN and BERREY, JJ.

## ORDER

PER CURIAM.

Appeal from conviction of assault in the first degree, § 565.050, RSMo 1986, and sentence of fifteen years' imprisonment.

Judgment affirmed. Rule 30.25(b).